IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRONE TRADER, *

Petitioner, *

v. * No.: 04-680-06

UNITED STATES OF AMERICA, *

Respondent. *

## NOTICE OF APPEAL

Now respectfully comes the Petitioner, TYRONE TRADER, *pro se*, and hereby notifies this Court of his desire and intention to appeal to the United States Court of Appeals for the Third Circuit. The appeal will contest this Court's Judgment and Orders of August 18, 2015 (and filed on August 19, 2015: Docs. 760 and 761), which denied petitioner's Motion to Vacate, Set Aside, or Correct Sentence, pursuant Title 28, United States Code, § 2255.

Respectfully submitted,

TYRONE TRADER, Petitioner, pro se
Register Number - 40143-066
UNITED STATES PENITENTIARY
Post Office Box 2099
Pollock, Louisiana 71467-2099

Executed this 17th day of September, 2015

### CERTIFICATE OF SERVICE

I, TYRONE TRADER, Petitioner, hereby certify that a true and correct copy of the foregoing has been mailed to: Katayoun M. Copeland, Assistant United States Attorney, Office of the United States Attorney, 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106-4476. The envelope was placed in the hands of federal prison officials for prompt mailing via first-class United States Mail, postage prepaid, on the 17th day of September, 2015.

TYRONE TRADER, Petitioner, *pro se*