Case 2:04-cr-00680-JD   Document 763   Filed 09/29/15   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

04-CR-680-6
District Court Docket Number

vs.

TYRONE TRADER

Notice of Appeal Filed 9/24/15
Court Reporter(s)/ESR Operator(s)     ESR

Filing Fee:
    Notice of Appeal _____ Paid  _X_ Not Paid  _____ Seaman
    Docket Fee            _____ Paid  _X_ Not Paid  _____ USA/VI

CJA Appointment (Attach Copy of Order)

_____ Private Attorney
_____ Defender Association or Federal Public Defender
_____ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_____ Motion Granted
_____ Motion Denied
_____ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____ Granted
_____ Denied
_____ Pending

Defendant's Address (for criminal appeals)
Tyrone Trader, USM#40143-066
P.O. Box 2099
Pollock, LA 71467

Prepared by: _____
Mark Ciamaichelo, 9/29/15
Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm