IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **TYRONE TRADER** | **NO. 04-680-06** |

### O R D E R

**AND NOW**, this 17th day of February, 2021, upon consideration of *pro se* defendant Tyrone Trader's Motion for Compassionate Release (Document No. 802, filed September 14, 2020), the Government's Response to the Motion to Reduce Sentence (Document No. 804, filed October 2, 2020), *pro se* defendant's Motion for Discovery (Document No. 807, filed October 16, 2020), *pro se* defendant's Motion to Continue (Document No. 808, filed October 16, 2020), *pro se* defendant's Motion for Order (Document No. 809, filed October 16, 2020), the Government's Response to Defendant's Motions for Discovery (Document No. 814, filed November 5, 2020), and the related submissions of the parties, for the reasons stated in the accompanying Memorandum dated February 17, 2021, **IT IS ORDERED** as follows:

1. *Pro se* defendant's Motion for Compassionate Release is **GRANTED**, and *pro se* defendant's sentence is reduced to **TIME SERVED** of approximately 222 months after adjustment for good time credit; and

2. *Pro se* defendant's Motion for Discovery, Motion to Continue, and Motion for Order are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that, excepting only as noted above, the Judgment dated September 29, 2008 (Document No. 652), providing, *inter alia*, ten years of supervised release, continues in effect.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois
_____
**DuBOIS, JAN E., J.**